J. & E. REALTY CORPORATION, Appellant, *v.* JOHN J. DILLON, Respondent.

(Argued April 18, 1929; decided May 3, 1929.)

*Benjamin F. Schwartz* and *Isadore Shapiro* for appellant.
*M. E. Kelley* for respondent.

Judgment. of the Appellate Division and that of the Trial Term reversed and new trial granted, with costs to

abide the event, on the ground that the evidence was sufficient to establish a *prima facie* case that plaintiff was employed by defendant to sell the real property in question for an agreed commission, and that he produced a purchaser ready, willing and able to purchase the premises at the price fixed by the defendant; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.